CLOSED, DISTOUT, MEDIATION

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:18−cv−00398−ACC−DCI

| | |
|---|---|
| Lucky Shot USA, LLC v. Caliber Corporation | Date Filed: 03/16/2018 |
| Assigned to: Judge Anne C. Conway | Date Terminated: 10/04/2018 |
| Referred to: Magistrate Judge Daniel C. Irick | Jury Demand: Plaintiff |
| Cause: 15:1051 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Lucky Shot USA, LLC**     represented by     **Kevin Keener**
Keener and Associates, P.C.
161 N. Clark St., Ste 1600
Chicago, IL 60601
773/562−5902
Email: kevin.keener@keenerlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas H. Tukdarian**
Tukdarian Law Firm
Suite 360
7575 Dr Phillips Blvd
Orlando, FL 32819
407−363−7880
Fax: 407−363−7990
Email: ttukdarian@tukdarianlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Caliber Corporation**     represented by     **Andrew C. Wood**
Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
312−577−7000
Fax: 312−577−7007
Email: awood@fitcheven.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ava K. Doppelt**
Allen, Dyer, Doppelt, & Gilchrist, PA
255 S Orange Ave − Ste 1401
PO Box 3791
Orlando, FL 32801

407–841–2330
Fax: 407–841–2343
Email: adoppelt@allendyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph T. Nabor**
Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
312–577–7000
Fax: 312–577–7007
Email: jtnabo@fitcheven.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Andrew Borsos**
Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
(312) 577–7000
Email: mborsos@fitcheven.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2018 | ï 1 | COMPLAINT against Caliber Corporation with Jury Demand (Filing fee $ 400 receipt number ORL 71971) filed by Lucky Shot USA, LLC. (Attachments: # 1 Civil Cover Sheet)(RMF) (Entered: 03/19/2018) |
| 03/19/2018 | ï 2 | NOTICE to counsel of Local Rule 2.02 for Kevin Keener (signed by deputy clerk)(Copies mailed). (RMF) (Entered: 03/19/2018) |
| 03/19/2018 | ï 3 | Trademark Report sent to Alexandria, VA. (Attachments: # 1 Complaint) (RMF) (Entered: 03/19/2018) |
| 03/20/2018 | ï 4 | MOTION for to appear pro hac vice by Lucky Shot USA, LLC. (Tukdarian, Thomas) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/20/2018) |
| 03/20/2018 | ï 5 | **RELATED CASE ORDER, NOTICE OF DESIGNATION under Local Rule 3.05–Track 2, INTERESTED PERSONS ORDER and ORDER Requiring Electronic Filing. Notice of pendency of other actions due by 4/3/2018, Certificate of interested persons and corporate disclosure statement due by 4/3/2018. Signed by Judge Anne C. Conway on 3/20/2018. (RMF)** (Entered: 03/20/2018) |
| 03/23/2018 | ï 6 | **ORDER granting 4 motion to appear pro hac vice. Signed by Magistrate Judge Daniel C. Irick on 3/23/2018. (RN)** (Entered: 03/23/2018) |
| 03/27/2018 | ï | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Kevin John Keener, appearing on behalf of Lucky Shot USA, LLC (Filing fee $150 receipt number ORL 072208.) Related document: 4 MOTION for to appear pro hac vice. (RMF) (Entered: 03/27/2018) |

| 03/30/2018 | Ï 7 | SUMMONS issued as to Caliber Corporation. (RMF)(original mailed to counsel) (Entered: 03/30/2018) |
|---|---|---|
| 04/03/2018 | Ï 8 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Related case/interested persons/ECF–2 by Lucky Shot USA, LLC. (Tukdarian, Thomas) (Entered: 04/03/2018) |
| 04/03/2018 | Ï 9 | NOTICE of pendency of related cases re 5 Related case/interested persons/ECF–2 per Local Rule 1.04(d) by Lucky Shot USA, LLC. Related case(s): no (Tukdarian, Thomas) (Entered: 04/03/2018) |
| 04/05/2018 | Ï 10 | Written designation and consent to act by Kevin Keener on behalf of Lucky Shot USA, LLC. Local Counsel: Thomas Tukdarian. Non–Resident Counsel: Kevin Keener. (Keener, Kevin) (Entered: 04/05/2018) |
| 04/12/2018 | Ï 11 | RETURN of service executed on April 7, 2018 by Lucky Shot USA, LLC as to Caliber Corporation. (Keener, Kevin) (Entered: 04/12/2018) |
| 04/30/2018 | Ï 12 | MOTION to Dismiss Complaint by Caliber Corporation. (Doppelt, Ava) (Entered: 04/30/2018) |
| 05/01/2018 | Ï 13 | NOTICE to counsel of Local Rule 2.02 for attorney Joseph T. Nabor (signed by deputy clerk)(copy mailed). (RMF) (Entered: 05/01/2018) |
| 05/01/2018 | Ï 14 | NOTICE to counsel of Local Rule 2.02 for attorney Mark A. Borsos (signed by deputy clerk)(Copy mailed). (RMF) (Entered: 05/01/2018) |
| 05/01/2018 | Ï 15 | NOTICE to counsel of Local Rule 2.02 for attorney Andrew C. Wood (signed by deputy clerk)(Copy mailed). (RMF) (Entered: 05/01/2018) |
| 05/04/2018 | Ï 16 | Unopposed MOTION for Joseph T. Nabor to appear pro hac vice by Caliber Corporation. (Doppelt, Ava) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/04/2018) |
| 05/04/2018 | Ï 17 | Unopposed MOTION for Andrew C. Wood to appear pro hac vice by Caliber Corporation. (Doppelt, Ava) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/04/2018) |
| 05/04/2018 | Ï 18 | Unopposed MOTION for Mark A. Borsos to appear pro hac vice by Caliber Corporation. (Doppelt, Ava) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 05/04/2018) |
| 05/04/2018 | Ï | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Joseph T. Nabor, appearing on behalf of Caliber Corporation (Filing fee $150 receipt number ORL 73318.) Related document: 16 Unopposed MOTION for Joseph T. Nabor to appear pro hac vice. (RMF) (Entered: 05/04/2018) |
| 05/04/2018 | Ï | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Andrew C. Wood, appearing on behalf of Caliber Corporation (Filing fee $150 receipt number ORL 73317.) Related document: 17 Unopposed MOTION for Andrew C. Wood to appear pro hac vice. (RMF) (Entered: 05/04/2018) |
| 05/04/2018 | Ï | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Mark A. Borsos, appearing on behalf of Caliber Corporation (Filing fee $150 receipt number ORL 73319.) Related document: 18 Unopposed MOTION for Mark A. Borsos to appear pro hac vice. (RMF) (Entered: 05/04/2018) |
| 05/07/2018 | Ï 19 | **ORDER granting 16 motion to appear pro hac vice; granting 17 motion to appear pro hac vice; granting 18 motion to appear pro hac vice. Signed by Magistrate Judge Daniel C. Irick on 5/7/2018. (RN)** (Entered: 05/07/2018) |
| 05/14/2018 | Ï 20 | RESPONSE in Opposition re 12 MOTION to Dismiss Complaint filed by Lucky Shot USA, LLC. (Keener, Kevin) (Entered: 05/14/2018) |

| | | |
|---|---|---|
| 05/15/2018 | 21 | NOTICE of pendency of related cases re 5 Related case/interested persons/ECF−2 per Local Rule 1.04(d) by Caliber Corporation. Related case(s): yes (Wood, Andrew) (Entered: 05/15/2018) |
| 05/15/2018 | 22 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Related case/interested persons/ECF−2 by Caliber Corporation. (Wood, Andrew) (Entered: 05/15/2018) |
| 05/29/2018 | 23 | CASE MANAGEMENT REPORT. (Keener, Kevin) (Entered: 05/29/2018) |
| 05/30/2018 | 24 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 7/18/2018, Joinder of Parties due by 7/18/2018, Discovery due by 6/28/2019, Dispositive motions due by 8/30/2019, Pretrial statement due by 11/1/2019, All other motions due by 9/30/2019, Plaintiff disclosure of expert report due by 4/1/2019, Defendant disclosure of expert report due by 5/6/2019, Jury Trial set for 1/2/2020 at 09:00 AM in Orlando Courtroom 6 A before Judge Anne C. Conway., Conduct mediation hearing by 7/12/2019. Lead counsel to coordinate dates. Signed by Judge John Antoon II on 5/30/2018. (ALL)** (Entered: 05/30/2018) |
| 05/30/2018 | 26 | CASE REFERRED to Mediation. (RMF) (Entered: 06/13/2018) |
| 05/30/2018 |  | Set deadline: Joint Pretrial statement due by 11/15/2019 (RMF) (Entered: 06/13/2018) |
| 06/13/2018 | 25 | NOTICE of mediation conference/hearing to be held on May 16, 2019, starting at 9:00 a.m. before Lawrence Kolin, Esq.. (Tukdarian, Thomas) (Entered: 06/13/2018) |
| 09/19/2018 | 27 | **ORDER to Show Cause as to Caliber Corporation, Lucky Shot USA, LLC. The parties shall show cause, on or before 10/3/2018, why this case should not be transferred to the United States District Court for the Southern District of California in the interests of justice pursuant to 28 U.S.C. §1404(a). Failure to respond as directed shall result in transfer of the case. Signed by Judge Anne C. Conway on 9/19/2018. (RMF)** (Entered: 09/19/2018) |
| 10/03/2018 | 28 | RESPONSE TO ORDER TO SHOW CAUSE re 27 Order to show cause filed by Lucky Shot USA, LLC. (Keener, Kevin) (Entered: 10/03/2018) |
| 10/04/2018 | 29 | **ORDER TRANSFERRING CASE re 27 Order to Show Cause and 28 Plaintiff's Response to Order to Show Cause.(SEE PDF FOR DETAILS). This case is TRANSFERRED to the United States District Court for the Southern District of California, to be considered with Bullets2Bandages, LLC v. Caliber Corp., Case No. 3:18−cv−669−GPC−KSC. The Clerk is DIRECTED to attach the Court's September 19, 2018 Order to Show Cause 27 as an exhibit to this Order. The Clerk is DIRECTED to close the case. Signed by Judge Anne C. Conway on 10/4/2018. (Attachments: # 1 Exhibit Order to Show Cause)(RMF)** (Entered: 10/04/2018) |
| 10/04/2018 | 30 | TRANSFER to the District of Southern District of California per Order 29 . (RMF) (Entered: 10/05/2018) |